**DOCKET NUMBER**: CR 09-672 (NGG)

## CRIMINAL CAUSE FOR GUILTY PLEA

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: GARAUFIS  **DATE**: AUGUST 3, 2010  **TIME IN COURT** __ **HRS**  60  **MINS**
@ 3:30 PM

**1. DEFENDANT**: NATALE TERZO

Present X   Not Present       Custody X   Not Custody

**DEFENSE COUNSEL**: KAFAHNI NKRUMAH

Federal Defender     CJA   X     RETAINED

**2. DEFENDANT**:

**PRESENT**

**DEFENSE COUNSEL**:

**3. DEFENDANT**:

**PRESENT**

**DEFENSE COUNSEL**:

**A.U.S.A.**: NICOLE ARGENTIERI

**COURT REPORTER OR ESR OPERATOR**: MARIE FOLEY

**INTERPRETER**:   **LANGUAGE**:

| | | | |
|---|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | Bail Application | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| ☐ | Status Conference | ☐ | Sentencing |
| ☐ | Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun  ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty  ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**:     **Speedy Trial Stop**:     **CODE TYPE**: XT
**Do these minutes contain ruling(s) on motion(s)?**     YES          NO  X

THE DEFENDANT PLEADS GUILTY TO THE SINGLE-COUNT SUPERSEDING INFORMATION (S-2). SENTENCING IS SCHEDULED FOR FRIDAY, NOVEMBER 19, 2010 @ 11:30 AM